GEORGE L. BRANNOCK AND HOYT C. HOILMAN v. ZONING BOARD OF ADJUSTMENT: J. A. HANCOCK, CHAIRMAN; CARL DULL, JR., VICE CHAIRMAN; ROY SETZER; A. T. HARRINGTON; C. C. SMITHDEAL, JR.; DOUGLAS B. ELAM; AND WILLIAM F. THOMAS.

(Filed 30 October 1963.)

**1. Administrative Law § 3; Municipal Corporations § 26—**

The fact of changes in membership of a municipal board of adjustment between the date of the original hearing and the date of approval of an application granting a discretionary permit, is immaterial, since changes in membership of an administrative board do not break the continuity of the board.

**2. Municipal Corporations § 25—**

The issuance of a building permit by a municipal board of adjustment within its discretionary power under the zoning code will not be disturbed on appeal when the board makes ample findings to sustain the action.

APPEAL by petitioners from *Fountain, J.,* July 22, 1963 Civil Term (Second Week) FORSYTH Superior Court.

On May 28, 1962, J. C. Caudle, owner of a vacant lot on the south side of Cornwallis Street near the old Rural Hall Road in Winston-Salem, applied to the zoning authorities for a special permit to use the lot for automobile parking purposes. The lot is in an area zoned Residence A-2 but is adjacent to a Business B district. The Zoning Director approved the plan. After notice and hearing, the Zoning Board of Adjustment ordered that a special permit be issued.

The petitioners, owners of lots across the street, applied to the Superior Court for and obtained a *writ of certiorari* to review the order granting the permit. After hearing, the Superior Court remanded the proceeding to the Zoning Board of Adjustment for further consideration. After a further hearing and findings, the Board approved the plan and issued the permit. Upon review in the Superior Court, Judge Fountain made detailed findings and adjudged: ". . . (T)hat the action of the Zoning Board of Adjustment of Winston-Salem approving the issuance of a special use permit to J. C. Caudle to use the property referred to in the application as an automobile parking lot under section 48-13(a)(8) of the Winston-Salem City Code be and the same is hereby affirmed."

From this order the petitioners appealed.

*Weston P. Hatfield, C. Edwin Allman, Jr., for petitioner appellants.*
*Womble, Carlyle, Sandridge & Rice by W. F. Womble for respondent appellees.*

PER CURIAM. The petitioners raise a number of objections to the granting of the special use permit, among them that the membership of the Zoning Board of Adjustment changed between the original hearing and the final approval of the application. However, the changes in membership did not break the continuity of the Board. The new members had access to the minutes and records of the various hearings and the required majority participated and joined in all decisions. The Zoning Code provides the conditions under which special permits may issue. The findings are ample to sustain the action of the Zoning Board of Adjustment in issuing the special use permit under its discretionary powers. The order of Judge Fountain is

Affirmed.